UNITED STATES DISTRICT COURT　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-04586-AB-RAO | Date: | October 10, 2024 |
|---|---|---|---|

| Title: | *Theresa Elias et al v. Macys Retail Holdings, LLC* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**　　**[In Chambers] ORDER <u>DISMISSING</u> ACTION FOR LACK OF PROSECUTION**

　　On August 19, 2024, the Court entered an Oder to Show Cause ("OSC") why the case should not be dismissed for Plaintiffs' lack of prosecution. *See* OSC (Dkt. No. 40). The OSC gave Plaintiffs until September 20, 2024, to respond, or the action would be dismissed for lack of prosecution.

　　As of the date of this Order, Plaintiffs have not responded to the OSC. Therefore, this action is **<u>DISMISSED</u>** for lack of prosecution.

　　**IT IS SO ORDERED**.